this court, said appeal to be argued or submitted when reached. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ANTHONY MORENO v. MARBIL PRODUCTIONS, INC., et al.— Motion denied. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER JOSEPH MAIKISCH.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CHABETAYE CHRAIME v. EZRA CATTAN et al.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ IRMA TEXTILE CORP. v. ELK PIECE DYE WORKS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ZITA TURTLE, as Administratrix of SIDNEY TURTLE, Deceased, v. MOUNT SINAI HOSPITAL et al.— Motion denied, without prejudice to a renewal thereof upon a proper showing of the merits of the appeal. Concur— M. M. Frank, J. P., Valente, McNally and Stevens, JJ.

■ JAY L. FIERST v. MESECK STEAMBOAT CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for January 5, 1960. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of SENATOR ROBERT A. TAFT HOUSES. MICHAEL JANICKI; CITY OF NEW YORK.— Motion denied. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CYNTHIA J. THARAUD v. JAMES BROS. REALTY CO., INC., et al.— Motion granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed, to and including November 9, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before December 7, 1959, reply briefs to be served and filed on or before December 17, 1959. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SIDNEY KRAMER v. AL HARRIS.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with

notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ALBERT GUTWIRTH v. CAREWELL TRADING CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of PAULINE R. WARD, Deceased. BENJAMIN RATNER, Appellant; L. A. W. CHRITE et al.— Motion granted to the extent of continuing the stay contained in the order to show cause dated July 13, 1959 until the determination of the appeals on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ METROPOLITAN LIFE INSURANCE COMPANY v. UNITED STATES OF AMERICA et al.—Motion granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of NATHANIEL M. MINKOFF, as Treasurer of Joint Board of Dress and Waistmakers' Union of Greater New York, against BUDGET DRESS CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ AMERICAN SURETY CO. OF NEW YORK v. FRANK SOLOMON et al.— Motion for stay denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Estate of SPIROS KARAGEORGES, Deceased. ANGIE SAPONAS; JOSEPH B. FRANKLIN et al.— Motion denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEON FREDERICK FARMER. — Enlargement of time granted. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of TWENTIETH CENTURY-FOX FILM CORPORATION, against LAWRENCE E. GEROSA, Comptroller.— Motion denied. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

## (September 22, 1959)

■ In the Matter of the Arbitration between CHARLES E. WETZLER et al., Doing Business as VIBRO MFG. CO., et al., Appellants, and EQUI-FLOW, INC., Respondent.— Order modified, on the law, by deleting the final decretal provision thereof and providing for the trial of the issues respecting the alleged waiver by petitioners of respondent's performance of the provisions of the agreement of October 29, 1953, and for disposition of the motion for a stay of the arbitration after said trial, with costs. On September 21, 1953 petitioners and respondent entered into a writing for the services of the respondent, the use of the latter's patents and payment to respondent of certain percentages of net sales of the petitioners. The writing provided for the arrangement